IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SIRIUS COMPUTER SOLUTIONS, INC., | § | |
| *Plaintiff,* | § § § | SA-19-CV-01193-ESC |
| vs. | § § | |
| JEFF COMER, | § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is the above-styled cause of action. On this day, the Court held an initial pretrial conference, at which Defendant, proceeding *pro se*, appeared before the Court. At the conference, the Court discussed with Defendant the option of receiving electronic access to the Court's filing system. Defendant orally moved for such access. Accordingly, the Court will grant Defendant permission to e-file documents with this Court and to receive e-file notifications of court filings.

**IT IS THEREFORE ORDERED** that Defendant's oral Motion for Access to Online Filing is **GRANTED**. Defendant is directed to contact the Office of the District Clerk to obtain the e-filing and e-noticing registration form and to submit the fully completed form to the Clerk. Under standard procedures, the registration form will be processed by the Clerk, who has the responsibility of verifying, approving, and effectuating e-filing and e-noticing of court documents.

In light of the fact that Defendant is representing himself *pro se* in this action, the Court directs him to the following resources to assist him in defending against this case:

- The Federal Rules of Civil Procedure, available at: www.uscourts.gov/file/rules-civil-procedure

- This Court's Local Rules, available at https://www.txwd.uscourts.gov/court-information/lcr-civil-rules/

- The "Complete Pro Se Manual" which is available on the Court's website at: https://www.txwd.uscourts.gov/filing-without-an-attorney/.

Defendant is directed to familiarize himself with these resources.  Also, although *pro se* litigants are held to a less stringent standard, they are nevertheless required to follow the rules that govern all litigants in federal court.  *Grant v. Cuellar*, 59 F.3d 524, 524 (5th Cir. 1995).  These rules include but are not limited to the rules and Court orders regarding conference with opposing counsel, following deadlines imposed by the rules and the Court's Scheduling Order, observing the response times for non-dispositive and dispositive motions as set forth in Local Rule CV-7(e), and keeping the Court updated with a current address to ensure all filings are received.

SIGNED this 30th day of June, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE